**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------
WHAT DO YOU MEME LLC

Civil Action No. 1:26-cv-6417

Plaintiff,

v.

GUO YIXIAN

Defendant.
------------------------------------------

**CONSENT JUDGMENT AND PERMANENT INJUNCTION**

**WHEREAS**, this action was commenced on July 28, 2026 by the filing of the Summons and Complaint.

**WHEREAS**, in the Complaint, Plaintiff What Do You Meme, LLC ("Plaintiff") seeks injunctive relief and monetary damages against defendant Guo Yixian ("Defendant") for Copyright Infringement, 17 U.S.C. § 101, et seq., False Designation of Origin, False Advertising, and Unfair Competition arising under the Lanham Act §43(a), 15 U.S.C. §1125 and for common law trademark infringement under the laws of the State of New York.

**WHEREAS,** One of Plaintiff's successful products is its STARTS WITH ENDS WITH action skill game that features a spinner device console consisting of two concentric wheels that each contain letters and vowels, with a black arm over the wheels that includes two windows, a top green window labeled STARTS WITH and a bottom blue window labeled ENDS WITH (collectively "WDYM Products"). The game also includes twenty tokens and instructional materials, which are stored inside the device (collectively, "WDYM Game Components").

**WHEREAS**, Plaintiff has obtained valuable common law trademark rights in and to the trademark STARTS WITH ENDS WITH (the "STARTS WITH ENDS WITH Trademark").

**WHEREAS**, Plaintiff is the owner of US Application No. 99/173,312 for the STARTS WITH ENDS WITH Trademark. The USPTO has issued a Notice of Allowance of the application for the STARTS WITH ENDS WITH Trademark. Plaintiff has submitted the requisite evidence of use and is awaiting issuance of a registration.

**WHEREAS,** Plaintiff is the copyright owner of creative elements of its STARTS WITH ENDS WITH game subject to U.S. Copyright Registration No. VA 2-511-531, issued by the United States Copyright Office (collectively, the "WDYM Copyrighted Work").

**WHEREAS,** in this lawsuit, Plaintiff alleges that Defendant has marketed and sold certain products (the "Subject Products") which are substantially similar to the WDYM Products, WDYM Game Components and substantially similar to the WDYM Copyrighted Works (the "WDYM Claims") and use Plaintiff's STARTS WITH ENDS WITH Trademark.

**WHEREAS**, Defendant represents that it purchased 2,400 units of the Subject Products, it sold approximately 720 units of the Subject Products, its net profits from its sales of the Subject Products were less than $2,000.00 and that Defendant has an approximate remaining inventory of 1,193 units of the Subject Product which Defendant has agreed to destroy.

**WHEREAS**, the Parties hereby stipulate and consent to the entry of this Consent Judgment and Permanent Injunction, and to each and every provision, ordered, and decreed herein.

**NOW THEREFORE**, upon consent of the parties hereto, it is **HEREBY ORDERED, ADJUDGED, AND DECREED**:

1. This Court has jurisdiction over the subject matter of this case and jurisdiction over the Parties.

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

3. Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries, and assigns, and all of those in active concert and participation with any of the foregoing persons and entities who receive actual notice of this Consent Judgment and Permanent Injunction are permanently enjoined from:

(a) manufacturing, importing, marketing, advertising, promoting, or selling or authorizing any third party to manufacture, distribute, market, advertise, promote, display, or sell the Subject Products, or any products, toys, or games that use any images that are substantially similar to the images identified in Exhibit A;

(b) reproducing, distributing, or publicly displaying the WDYM Copyrighted Work, creating any derivative works based on the WDYM Copyrighted Work, or engaging in any activity that infringes Plaintiff's rights in the WDYM Copyrighted work;

(c) using on or in connection with the importation, sale, offering for sale, distribution, exhibition, display, or advertising of its goods under Plaintiff's STARTS WITH ENDS WITH Trademark, or any other trademark confusingly or deceptively similar to, or colorably imitative of, Plaintiff's STARTS WITH ENDS WITH Trademark; and

(d) aiding, assisting, or abetting any other individual or entity in doing any act prohibited by sub-paragraphs (a) through (c) above.

4. Defendant shall pay to Plaintiff a sum of Two Thousand Five Hundred United States Dollars ($2,500.00 USD) ("Settlement Payment") which shall be due and payable by check or wire no later than August 14, 2026.

5. Defendant shall destroy all remaining inventory of the Subject Products and shall provide counsel for Plaintiff with a written certification of compliance on or before August 31, 2026.

6. Defendant hereby waives any and all right to an appeal from this Consent Judgment and Permanent Injunction.

7. This Consent Judgment and Permanent Injunction shall be binding upon and shall inure to the benefit of the parties and their respective heirs, successors, assigns, and acquiring companies.

8. The Court retains jurisdiction of this matter for the purposes of enforcing the terms of this Consent Judgment and Permanent Injunction.

9. The Permanent Injunction shall remain in full force and effect unless and until modified by order of this Court.

10. This Consent Judgment conclusively resolves all claims in this lawsuit with prejudice. This Consent Judgment shall be entered without the taxation of costs, damages, or attorneys' fees.

11. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Dated this 28th day of September , 2026

BY THE COURT:

Andrew L Carter Jr

United States District Judge

**CONSENTED TO:**

For the Plaintiff,

**WHAT DO YOU MEME, LLC**

Sign: J Wachter

Print: Jason Wachter

Title: *Attorney for What Do You Meme, LLC*

Date: 9/1/2026

For the Defendant

**GUO YIXIAN**

Sign: GUO YIXIAN

Print: Lillian

Title: Authorized Representative *for Guo Yixian*

Date: 2026.8.24